# **Exhibit B**

**Howington, Eryn**

| | |
|---|---|
| **From:** | Clow, Gillian <Gillian.Clow@alston.com> |
| **Sent:** | Wednesday, June 15, 2022 1:31 PM |
| **To:** | Chaney, Rebecca |
| **Cc:** | Carpenter, David |
| **Subject:** | Gambol v. Lyft et al (DC Superior Court) |

External Email

Rebecca,

Xiaomi USA, LLC consents to the removal of this case to federal court. Xiaomi USA, LLC maintains that it is wrongly named in this lawsuit and should be dismissed, but does not want to stand in the way of your client's efforts to remove.

Best,

**Gillian H. Clow | Senior Associate | ALSTON & BIRD**
333 South Hope Street, Suite 1600 | Los Angeles, CA 90071
gillian.clow@alston.com | t: 213.576.1054

NOTICE: This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that you may not read, copy, distribute or otherwise use this message or its attachments. If you have received this message in error, please notify the sender by email and delete all copies of the message immediately.

# Howington, Eryn

| | |
|---|---|
| **From:** | Howington, Eryn |
| **Sent:** | Wednesday, June 15, 2022 2:54 PM |
| **To:** | Howington, Eryn |
| **Subject:** | FW: Gambo |

**From:** Eric Wells <ewells@grsm.com>
**Sent:** Wednesday, June 15, 2022 2:13 PM
**To:** Chaney, Rebecca <RChaney@crowell.com>
**Subject:** RE: Gambo

External Email

Good afternoon Rebecca,

As discussed, I'm from the law firm of Gordon and Rees.

Our firm represents the following defendants in this litigation, as Plaintiff refers to them: (1) Segway, Inc., t/a Segway-Ninebot; (2) Segway Robotics, Inc.; (3) Ninebot, Inc. aka Ninebot U.S.; and (4) Ninebot, Inc. (Beijing).

I consent to federal removal on behalf of: (1) Segway, Inc., t/a Segway-Ninebot; (2) Segway Robotics, Inc.; and (3) Ninebot, Inc. aka Ninebot U.S.

I do not consent to federal removal on behalf of Ninebot, Inc. (Beijing), only because they have not been served. Thank you.

Best regards,
Eric Wells
212-453-0752
ewells@grsm.com